AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Baldemar Lopez-Orozco, | ) | Case No. 17-7529 MJ |
| a.k.a.: Baldemar Lopez Orozco, | ) | |
| (A200 701 347) | ) | |
| _Defendant_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 20, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Baldemar Lopez-Orozco, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about June 7, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: AUSA Cassie Bray Woo for AUSA Jennifer Levinson

☒ Continued on the attached sheet.

_____
_Complainant's signature_

Richard Prunty,
Deportation Officer
_Printed name and title_

Sworn to before me and signed in my presence.

Date:    October 20, 2017

_____
_Judge's signature_

Bridget S. Bade,
United States Magistrate Judge
_Printed name and title_

City and state:   Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Richard Prunty, being duly sworn, hereby depose and state as follows:

1.  Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2.  On October 20, 2017, the Arizona Department of Public Safety (AZDPS) encountered Baldemar Lopez-Orozco while conducting a vehicle stop near Phoenix, Arizona. AZDPS Trooper Corwin suspected Lopez-Orozco to be illegally present in the United States and contacted the Phoenix ICE Law Enforcement Agency Response (LEAR) Unit for assistance. ICE Officer R. Fields telephonically interviewed Lopez-Orozco and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, LEAR agents responded to the scene and transported Lopez-Orozco to the Phoenix ICE office for further investigation and processing. Lopez-Orozco was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3.  Immigration history checks revealed Baldemar Lopez-Orozco to be a citizen of Mexico and a previously deported criminal alien. Lopez-Orozco was removed from the United States to Mexico through Nogales, Arizona, on or about June 7, 2011,

1

pursuant to a removal order issued by an immigration judge. There is no record of Lopez-Orozco in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Lopez-Orozco's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Baldemar Lopez-Orozco was convicted of Re-entry of Removed Alien, a felony offenses, on June 6, 2011, in the United States District Court, District of Arizona. Lopez-Orozco was sentenced to time served and one (1) year of supervised release. Lopez-Orozco's criminal history was matched to him by electronic fingerprint comparison.

5. On October 20, 2017, Baldemar Lopez-Orozco was advised of his constitutional rights. Lopez-Orozco freely and willingly acknowledged his rights and agreed provide a statement under oath. Lopez-Orozco stated that his true and complete name is Baldemar Lopez-Orozco and that he is a citizen of Mexico. Lopez-Orozco stated that he illegally entered the United States four (4) months ago through Nogales. Lopez-Orozco further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 20, 2017, Baldemar Lopez-Orozco, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States

2

at Nogales, Arizona, on or about June 7, 2011, and not having obtained the express

consent of the Secretary of the Department of Homeland Security to reapply for

admission thereto; in violation of Title 8, United States Code, Section 1326(a), and

enhanced by (b)(1).


Richard Prunty,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 20th day of October, 2017.


Bridget S. Bade,
United States Magistrate Judge